DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JERMAINE LEE BRADFORD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1974

————————————————

April 24, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Chris Helinger, Judge.

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellant.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.